## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID C. OSBORNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-05-594-F |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On January 27, 2006, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation, wherein she recommended that the final decision by defendant, Jo Anne B. Barnhart, Commissioner of Social Security, denying plaintiff, David C. Osborne's application for disability insurance benefits and supplemental security income benefits, be affirmed.

Presently before the court is the timely objection of plaintiff to the Report and Recommendation.  Having conducted a *de novo* review of the matter in accordance with 28 U.S.C. §636(b)(1), the court agrees with the findings and recommendation of Magistrate Judge Couch.  The court finds plaintiff's objections to be without merit. The court therefore accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch on January 27, 2006 (doc. no. 18), is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.  The final decision by defendant, Jo Anne B. Barnhart, Commissioner of Social Security, denying plaintiff, David C.

Osborne's application for disability insurance benefits and supplemental security income benefits, is **AFFIRMED**.  Judgment shall issue forthwith.

ENTERED this 21st day of February, 2006.


STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE


05-0594p002(pub).wpd